**DISMISS and Opinion Filed May 26, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01326-CV

## ALFONSO CHAN, Appellant
## V.
## SLK BUILDERS, LLC AND RANDALL DUKE, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09748**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

We reinstate this appeal. This case was abated in February 2019 due to SLK

Builders, LLC's bankruptcy proceeding. *See* TEX. R. APP. P. 8.2. The Court

conducted an independent review of the federal Public Access to Court Electronic

Records (PACER) system which shows the bankruptcy case associated with this

appeal was terminated on April 23, 2019, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned the parties that the case would

be reinstated and dismissed for want of prosecution unless any party gave cause as

to why it should not be dismissed. *See* TEX. R. APP. P. 42.3(b),(c). In response,

appellant filed a motion to retain the appeal, in which he requests the Court to reinstate the appeal. Appellant did not, however, provide any explanation for the two-year delay in requesting the appeal to be reinstated.

Because we gave appellant the opportunity to show why we should not dismiss the appeal for want of prosecution and appellant failed to do so, we dismiss this appeal. *See id*. 42.3(b),(c).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

181326F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALFONSO CHAN, Appellant

No. 05-18-01326-CV     V.

SLK BUILDERS, LLC AND
RANDALL DUKE, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-09748.
Opinion delivered by Justice
Goldstein. Justices Molberg and
Smith participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered May 26, 2021